**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIANE WAIR, | Case No.: 2:21-cv-00450-APG-BNW |
| Plaintiff | **Order Remanding Case for Lack of Subject Matter Jurisdiction** |
| v. | |
| STEVEN ROY and SWIFT TRANSPORTATION OF ARIZONA, LLC, | |
| Defendants | |

The defendants removed this action on the basis of diversity jurisdiction. However, the defendants did not identify the citizenship of Swift Transportation of Arizona, LLC. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens"). Additionally, the defendants stated, without supporting evidence, that current medical bills are $30,560.38. The defendants presented no other evidence to show the amount in controversy is satisfied. Consequently, I ordered the defendants to show cause why this action should not be remanded for lack of subject matter jurisdiction.

The defendants responded but again failed to identify the members of Swift Transportation Co of AZ, LLC (which they contend is the correct name for this defendant). Additionally, I remain unconvinced that the amount in controversy exceeds $75,000.

I THEREFORE ORDER that this case is remanded to the state court from which it was removed for all further proceedings. The clerk of the court is instructed to close this case.

DATED this 8th day of April, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE